THE NATIONAL CITY BANK OF NEW YORK, Respondent, v. LISELOTTE BEER, Individually and as Ancillary Executrix of JACOB MEYER, Deceased, et al., Respondents, and ROTTERDAMSCHE BANKVEREENIGING, N. V., Appellant, et al., Defendant.— No opinion. Settle orders on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

DOELGER & KIRSTEN, INC., Respondent, v. CONSOLIDATED IRON & METAL COMPANY, Appellant.— Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to affirm.

WILLIAM COHEN FABRICS CORPORATION, Appellant, v. THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. BAINBRIDGE BUILDING CORPORATION et al., Defendants, and 37 WEST 57TH STREET CORPORATION, Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.